United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41384
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

OCTAVIO WITHRON-ALVAREZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:03-CR-682-1
--------------------

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Octavio Withron-Alvarez appeals his sentence imposed

following his guilty plea conviction for illegal reentry into the

United States following deportation.  Withron-Alvarez contends

that the sentencing enhancements in 8 U.S.C. § 1326(b) are

unconstitutional and that he should be resentenced for the lesser

included offense contained in 8 U.S.C. § 1326(a).  Withron-

Alvarez acknowledges that his arguments are foreclosed under

Almendarez-Torres v. United States, 523 U.S. 224 (1998).

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

However, he contends that if <u>Almendarez-Torres</u> is overruled, his sentence should be reconsidered in light of <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004).

<u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000) did not overrule <u>Almendarez-Torres</u>.  <u>See</u> <u>Apprendi</u>, 530 U.S. at 489-90; <u>see also</u> <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000). Withron-Alvarez has not demonstrated that <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004) is applicable to cases arising under <u>Almendarez-Torres</u>.  The sentence imposed is AFFIRMED.